No. 40864.—Protest 977321–G of Alfred Schneier & Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of metal disks and seals for bottles similar to those the subject of *Cribari* v. *United States* (C. D. 6). The claim at 30 percent under paragraph 390 was therefore sustained.